UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE BIMBO, | ) | 3:05-CV-0343-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2006 |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On October 11, 2005, Plaintiff filed his Motion for Reversal (Doc. #10). On December 7, 2005, Defendant filed her Cross Motion for Summary Judgment and Memorandum in Support Thereof and in Opposition to Plaintiff's Motion for Reversal of the Commissioner's Decision (Doc. #12). Plaintiff has failed to respond to Defendant's Cross Motion for Summary Judgment.

Plaintiff shall have an additional twenty (20) days in which to respond to Defendant's Cross Motion for Summary Judgment (Doc. #12).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /S/
         Deputy Clerk

Case 3:05-cv-00343-ECR-RAM   Document 13   Filed 01/04/06   Page 2 of 2